No. 12–6703.  BISONG *v.* HOLDER, ATTORNEY GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 12–6712.  CHOI *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 12–6740.  KATES *v.* KING ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–6741.  PETERSON *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 12–6772.  SCHRUBB *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 12–6785.  HOLMES *v.* KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION.  C. A. 5th Cir.  Certiorari denied.

No. 12–6793.  TOTTEN *v.* HOLLOWAY, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 12–6795.  LLORENTE *v.* HOLDER, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 12–6801.  KOUROUMA *v.* HOLDER, ATTORNEY GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 12–6802.  POSLOF *v.* YATES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–6819.  SANTIAGO *v.* FIELDS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–6834.  ARIEGWE *v.* KIRKEGARD, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–6847.  MCKINNEY, FKA VILLALVA *v.* VILLALVA.  Sup. Ct. Colo.  Certiorari denied.

No. 12–6859.  WATSON *v.* COAKLEY, ATTORNEY GENERAL OF MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 12–6878.  SILVAR LOPEZ *v.* CLARK, WARDEN.  C. A. 9th Cir.  Certiorari denied.